580

359 A.2d 926
Commonwealth v. Lewis, Appellant.

Argued June 21, 1976. Peter T. Campana, Assistant Public Defender, for appellant; Robert F. Banks, First Assistant District Attorney, with him Allen E. Ertel, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

359 A.2d 888
Commonwealth v. Lupica, Appellant.

Argued June 22, 1976. Alfonso D. Pirillo, Jr., for appellant; Thomas E. Butler, Jr., Assistant District Attorney, with him F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.